AO (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

Golden Cue Billards   CAB-02-152

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 8/12/02 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Eddie Gonzales | Process Server |

③

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2414 Low Place, Harlingen, TX 78550

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
AUG 14 2002
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/12/02
Date

Signature of Server: Eddie Gonzales

6/m

Address of Server

Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (956) 546-1313

SUBSCRIBED AND SWORN TO BEFORE ME
ON _8/12/02_ , TO
CERTIFY WHICH WITNESS MY HAND AND
OFFICIAL SEAL.

_____
NOTARY PUBLIC   STATE OF TEXAS

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

02 AUG 14 PM 2
MICHAEL N. MILBY
CLERK DISTRICT COURT
FILED

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.