AO 440 (Rev. 1/90) Summons in a Civil Action

Joseph DAWY

# RETURN OF SERVICE

B-02-152

| | DATE 8/12/02 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Eddie Gonzalez | TITLE Process Serv |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 2414 Louis Place
Harlingen, TX 78520

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

AUG 15 2002

Michael N. Milby
Clerk of Court

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/12/02        Eddie Gonzalez
           Date             Signature of Server

6 PM
           Address of Server

Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel: (956) 546-1313

SUBSCRIBED AND SWORN TO BEFORE ME
ON 8/12/02, TO
CERTIFY WHICH WITNESS MY HAND AND
OFFICIAL SEAL

NOTARY PUBLIC  STATE OF TEXAS

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.