02-296-JURY DEMAND

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT 1 7 2002
Michael N. Milby
Clerk of Court

| | |
|---|---|
| BURLINGTON INSURANCE CO. § | |
| § | CIVIL ACTION NO. B-02-152 |
| V. § | |
| § | JURY TRIAL DEMANDED |
| GOLDEN CUE BILLIARDS, INC. AND § | |
| JOSEPH DAWY § | |

### DEFENDANTS' JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME GOLDEN CUE BILLIARDS, INC. and JOSEPH DAWY, Defendants herein, and file this their JURY DEMAND in support of which they would show unto the Court as follows:

1.  Pursuant to Rule 38, Federal Rules of Civil Procedure, Defendants demand a jury trial.

WHEREFORE, PREMISES CONSIDERED, Defendants pray:

A.  That this matter be tried before a jury; and

B.  For such other and further relief to which Defendants may be justly entitled.

DEFENDANTS' JURY DEMAND - Page 1

Respectfully submitted,

HODGE & JAMES, L.L.P.
P.O. Box 534329
Harlingen, Texas 78553-4329

Suite 310, Third Floor
134 East Van Buren Avenue
Harlingen, Texas 78550-6807

956-425-7400
FAX - 956-425-7707

By: /s/ William L. Hubbard

William L. Hubbard
State Bar No. 10142000
Federal Identification No. 1923

Attorney in Charge

Anthony B. James
State Bar No. 10537300
Federal Identification No. 3785

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

ON the 15th day of October, 2002, a copy of DEFENDANTS' JURY DEMAND was served on:

Keith N. Uhles
Attorney at Law
55 Cove Circle
Brownsville, Texas 78521

By Certified Mail, Return Receipt
Requested No. 7001 1940 0002 7454 7182

_____
William L. Hubbard
Attorney at Law

DEFENDANTS' JURY DEMAND - Page 3