7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BURLINGTON INSURANCE CO., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-152 |
| GOLDEN CUE BILLIARDS AND JOSEPH DAWY, | § § § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on December 4, 2002, the Court **ORDERED** the Parties to submit a Joint Discovery / Case Management Plan in compliance with Court Chamber Rule 7(A)(1) no later than 2:00 p.m. on Monday, December 9, 2002.

DONE at Brownsville, Texas, this 4th day of December, 2002.

Hilda G. Tagle
United States District Judge