IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| BURLINGTON INSURANCE CO., | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. B-02-152 |
| v. | § § | |
| GOLDEN CUE BILLIARDS, INC. AND JOSEPH DAWY, | § § § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED, that on December 10, 2002, the Court **ORDERED** the parties to file a Joint Discovery / Case Management Plan signed and agreed upon by all Parties by Friday, December 13, 2002, no later than 3:00 p.m.

DONE at Brownsville, Texas, this 10th day of December, 2002.

Hilda G. Tagle
United States District Judge