11

## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas  ■ Levesque |
| DATE | 12 — 16 — 02 |
| TIME | a.m. — a.m. / 2:52 p.m. — 3:01 p.m. |
| CIVIL ACTION | B — 02 — 152 |
| STYLE | BURLINGTON INS. CO. *versus* GOLDEN CUE BILLIARDS, INC. ET AL. |

United States District Court
Southern District of Texas
FILED
DEC 16 2002
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Conference                     (Court Reporter: Breck Record)

      for    ■Ptf. Keith Uhles

      for    ■Deft. William L. Hubbard

■    Motions: None

■    <u>Comments</u>:

    Parties presented arguments concerning whether this case should be dismissed. Burlington has brought a declaratory judgment action in which it asks the Court to determine the rights and responsibilities of the Burlington to defend and indemnify Golden Cue Billiards in an underlying Texas state court action. The Court asked why it was brought in federal court and whether the parties interests can be adequately protected at the state court. Plaintiff responded: 1. His client prefers fed court and is more comfortable here, 2. The Court has diversity jurisdiction, and 3. It is the plaintiff's right to choose the forum in which to bring the action. Plaintiff conceded in arguments that he could have brought this action under the Texas Declaratory Judgment Act, but chose not to.

    Court also asked if this court would be deciding some of the same issues and making similar factual findings to the state court such as whether the people involved were intoxicated and whether Billiards Cue served alcohol to minors. Additionally, Court asked if it would be necessary to make these findings in order to interpret the exclusions to coverage under the policy. Plaintiff said it would not be, but gave little supporting argument as to why this would be the case.

    Court inquired about scheduling. Parties feel this case can be resolved on summary judgment motions that will be filed within a month or so. Little to no discovery is necessary in this case b/c it is simply a matter of interpreting the policy.

    This case was NOT dismissed during this IPTC. The case will, however, likely be dismissed.